**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Darlene Rose Dunst, <br>    aka Darlene R. Dunst <br>                                     Debtor(s) | CHAPTER 7 <br><br> BKY. NO. 17-12588 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

                  Respectfully submitted,

                  **/s/ Matteo S. Weiner, Esquire**
                  Matteo S. Weiner, Esquire
                  KML Law Group, P.C.
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106-1532
                  (215) 627-1322 FAX (215) 627-7734